UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAIDARIUS MCLAUGHLIN,    )<br>   )<br>Plaintiff,    )<br>   )<br>v.    )<br>   )<br>DONALD PROCTOR,    )<br>   )<br>- and -    )<br>   )<br>U.S. POSTAL SERVICE,    )<br>   )<br>Defendants.    )<br>   ) | Civ. A. No. 19-0005 |

## NOTICE OF REMOVAL OF CIVIL ACTION

By and through their undersigned counsel, Donald Proctor ("Proctor") and the U.S. Postal Service ("Postal Service") ("Defendants"), file this Notice of Removal pursuant to Sections 1442, 1446, and 2679 of Title 28 of the U.S. Code. In support of this notice, Defendants state as follows:

1. Defendants are the defendants in a civil action styled as *McLaughlin v. Proctor*, now pending in the Superior Court of the District of Columbia, Case No. 2018 CA 008035 B.

2. This action was filed in D.C. Superior Court on or around November 15, 2018. *See* Compl., enclosed herewith as Exhibit A ("Ex. A") at 1. Plaintiff has failed to properly effect service as of this date, including by failing to serve the United States Attorney's Office for the District of Columbia as required by D.C. Superior Court Rule of Civil Procedure 4(i).[1]

3. On December 11, 2018, counsel for the Postal Service contacted the United States Attorney's Office for the District of Columbia and indicated it had recently received a copy of the

---

[1] By filing this Notice, Defendants do not waive service of process.

complaint in which Plaintiff alleges that Proctor, a Postal Service employee, driving a Postal Service vehicle negligently caused a vehicular accident with Plaintiff.  *See* Compl. ¶¶ 2-5, Ex A.

4.      Exhibit B is a certification by Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of authority delegated to him, certifying that, on the basis of the information now available to him with respect to the incidents alleged in the complaint, he has found that Proctor was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.  By operation of law, the complaint now becomes a claim against the United States, which should be substituted as the sole defendant.[2]

5.      A notice of filing of this notice of removal will be filed in the Superior Court of the District of Columbia.

\* \* \*

---

[2]      Plaintiff also names the Postal Service as a defendant.  Compl. at 1, Ex. A.  But the sole appropriate defendant in a tort action brought against the United States is the United States itself, not an agency.  *Hall v. Admin. Office of U.S. Courts*, 496 F. Supp. 2d 203, 206 (D.D.C. 2007) (Bates, J.) ("Only the United States can be a defendant to a claim under the [Federal Tort Claims Act]."). Consequently, the Court should direct the Clerk to style this action as solely being against the United States.

WHEREFORE, Defendants respectfully request that this Court remove the action now pending in the Superior Court of the District of Columbia pursuant to 28 U.S.C. §§ 1442, 1446, and 2679.

Dated: January 2, 2019
      Washington, DC

                                Respectfully submitted,

                                JESSIE K. LIU, D.C. Bar #472845
                                United States Attorney

                                DANIEL F. VAN HORN, D.C. Bar #924092
                                Chief, Civil Division


By: _____/s/_____
                                BRIAN P. HUDAK
                                Assistant United States Attorney
                                555 Fourth Street, NW
                                Washington, DC 20530
                                (202) 252-2549

                                *Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January 2019, I caused a true and correct

copy of the foregoing to be served on counsel for plaintiff by first-class mail to:

Gwen-Marie Davis
4200 Parliament Place, Suite 510
Lanham, MD 20706

*Counsel for Plaintiff*

_____/s/_____
BRIAN P. HUDAK
Deputy Chief, Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549